UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  **CV 21-3753-MWF (RAOx)**          Date:  **May 11, 2021**
Title:      Cassandra Jones v. MVT Services, LLC et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| --- | --- |
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| --- | --- |
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER TO SHOW CAUSE RE: SUBJECT-MATTER JURISDICTION

    Plaintiff Cassandra Jones initiated this action on May 3, 2021, seeking relief against Defendants MVT Services, LLC, MVT Leasing, LLC, and Rene David Moot for negligence and negligent hiring, retention, supervision, and training. (*See generally* Complaint (Docket No. 1)). Plaintiff attempts to invoke this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Complaint ¶ 1).

    "[F]ederal courts have an independent obligation to ensure that they do not exceed the scope of their jurisdiction." *Henderson ex rel. Henderson v. Shinseki*, 562 U.S. 428, 434 (2011) (assessing whether a provision of a federal statute had jurisdictional consequences).

    Jurisdiction under § 1332 requires that the amount in controversy exceed $75,000 and that the parties meet the complete diversity rule. 28 U.S.C. § 1332(a); *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 829 (1989). For complete diversity to exist, the state citizenship of every plaintiff must differ from the state citizenship of every defendant. *Newman-Green*, 490 U.S. at 829. In the case of limited liability companies, the company is considered a citizen of every state of which its owners or members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 889 (9th Cir. 2006) ("We . . . join our sister circuits and hold that, like a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").

    The Complaint does not specify the citizenship of the owners or members of Defendants MVT Services, LLC or MVT Leasing, LLC. (Complaint ¶¶ 4-5).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  **CV 21-3753-MWF (RAOx)**          Date:  **May 11, 2021**
Title:     Cassandra Jones v. MVT Services, LLC et al.

Instead, Plaintiff asserts that Defendants are New Mexico corporations with principal places of business located in Las Cruces, New Mexico. (*Id.*). Plaintiff must identify the citizenships of all of Defendants' owners or members. Without such information, the Court cannot determine whether the complete diversity requirement has been met.

In addition, it is not clear from the face of the Complaint that the amount in controversy exceeds $75,000. Plaintiff offers no factual basis to support her blanket conclusion that the amount in controversy is greater than $75,000. (*See* Complaint ¶ 1).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing, on or before **May 25, 2021**, why this action should not be dismissed for lack of subject-matter jurisdiction. Plaintiff's failure to respond by the above date will result in dismissal of the action without prejudice.

IT IS SO ORDERED.